UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: Lakeish M Grant  Debtor(s) | Case No. 14 B 15850 |
|---|---|

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/28/2014.

2) The plan was confirmed on 07/21/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2014.

5) The case was Dismissed on 12/08/2014.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $420.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$420.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $409.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $10.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$420.00** |
| Attorney fees paid and disclosed by debtor: | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Afni, Inc. | Unsecured | 1,232.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,304.00 | 664.10 | 664.10 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 225.45 | 225.45 | 0.00 | 0.00 |
| Americash Loan | Unsecured | 2,045.00 | NA | NA | 0.00 | 0.00 |
| Automotive Credit | Unsecured | 12,606.00 | 12,606.17 | 12,606.17 | 0.00 | 0.00 |
| Bank of Amercia | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Bell West Community Cr | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Investments LLC | Unsecured | 151.00 | 176.24 | 176.24 | 0.00 | 0.00 |
| Cerastes | Unsecured | NA | 480.00 | 480.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | NA | 930.00 | 930.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 470.00 | 470.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Charter ONE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 400.00 | 346.50 | 346.50 | 0.00 | 0.00 |
| Check N Go | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chex Systems | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Parking Tickets | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CNAC/Mi106 | Unsecured | 4,522.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,015.00 | 1,014.79 | 1,014.79 | 0.00 | 0.00 |
| Cook County Housing Authority | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cook County Magistrate | Unsecured | 1,251.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 5,958.00 | 5,468.69 | 5,468.69 | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 1,201.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Debt Rec Sol | Unsecured | 1,322.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 12,619.40 | 12,619.40 | 0.00 | 0.00 |
| Enhanced Acq | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Enhanced Recovery Co | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Express Cash Mart of Illinois LLC | Unsecured | 400.00 | 252.00 | 252.00 | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| First Bk Of De/Contine | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ga Power | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Genesis Lending Servic | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 0.00 | 252.35 | 252.35 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 558.06 | 558.06 | 0.00 | 0.00 |
| Illinois Dept of Human Ser Public A | Unsecured | 1,000.00 | 6,733.00 | 6,733.00 | 0.00 | 0.00 |
| Illinois Dept of Unemployment Sec | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| ispeedyloans | Unsecured | 1,419.00 | NA | NA | 0.00 | 0.00 |
| Jeffcapsys | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 407.00 | 1,050.36 | 1,050.36 | 0.00 | 0.00 |
| Jutla Sanjay | Unsecured | 2,185.00 | NA | NA | 0.00 | 0.00 |
| Loyola Hospital | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,000.00 | 497.90 | 497.90 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 0.00 | 8,768.78 | 8,768.78 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 497.00 | 497.04 | 497.04 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 355.00 | 354.82 | 354.82 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 858.00 | 1,968.15 | 1,968.15 | 0.00 | 0.00 |
| Regional Acceptance Corp | Unsecured | 12,078.00 | 12,078.96 | 12,078.96 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 575.90 | 575.90 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 552.85 | 552.85 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | NA | 1,232.05 | 1,232.05 | 0.00 | 0.00 |
| State Colls | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| Steven Fink | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| Tech Credit Union | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 700.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| West Asset Management | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,468.69 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,468.69** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$66,234.87** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $420.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$420.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/09/2015                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**